# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT OWENSBORO
### CIVIL ACTION NO. 4:13CV-P118-M

JOSE VENTURA DIAZ                                                             PLAINTIFF

v.

DARWIN DENNISON                                                              DEFENDANT

## MEMORANDUM OPINION

Plaintiff Jose Ventura Diaz initiated this civil action under 42 U.S.C. § 1983. Upon filing

the instant action, he assumed the responsibility of keeping this Court advised of his current

address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide

written notice of a change of address to the Clerk and to the opposing party or the opposing

party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of

the litigant's case or other appropriate sanctions.").

The Clerk of Court sent a mailing to Plaintiff on October 31, 2013. That mailing was

returned by the United States Postal Service marked "Return to Sender, Refused, Unable to

Forward." Plaintiff has not advised the Court of a change of address. Therefore, neither notices

from this Court nor filings by Defendant can be served on Plaintiff. In such situations, courts

have an inherent power "acting on their own initiative, to clear their calendars of cases that have

remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v.*

*Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has

abandoned any interest in prosecution of this case, the Court will dismiss the case by separate

Order.

Date:   December 13, 2013


Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc:     Plaintiff, *pro se*
        Defendant
4414.010